IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MKS INSTRUMENTS INC. and APPLIED SCIENCE AND TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENERGY INDUSTRIES, INC., <br><br> Defendant. | United States District Court <br> For The District of Delaware <br> C.A. No. 03-469 (JJF) |

## MOTION PURSUANT TO LOCAL RULE 83.5.3(b) TO ADMIT JAMES P. BROGAN *PRO HAC VICE*

As a member of the bar of this Court, I hereby move this Court pursuant to Local Rule 83.5.3(b) for an order granting James P. Brogan leave to practice in this Court and file an appearance for purposes of the motion to compel filed in this action in the District of Massachusetts. Accompanying this motion as Exhibit A is the Affidavit of James P. Brogan dated March 19, 2004 in which he attests that he is a member in good standing in every jurisdiction where he has been admitted, that there are no disciplinary proceedings pending against him in any jurisdiction and that he is familiar with the Local Rules of this Court.

Accordingly, I request the Court grant this motion and admit James P. Brogan *pro hac vice*.

Dated: Boston, MA
March 26, 2004

Respectfully Submitted,

_____
Timothy C. Blank (BBO# 548670)
Amber R. Anderson (BBO# 647566)
DECHERT LLP
200 Clarendon St., 27th Floor
Boston, Massachusetts 02116
(617) 728-7100


OF COUNSEL:

Stephen P. Swinton
James P. Brogan
Craig A. Neugeboren
Wayne O. Stacy
COOLEY GODWARD, L.L.P.
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 566-4000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for Advanced Energy Industries, Inc. conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented in this motion and they do not object to this motion.

_____
Amber R. Anderson


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL on 3/26/04

_____