IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MKS INSTRUMENTS INC. and APPLIED SCIENCE AND TECHNOLOGY, INC., <br> Plaintiffs, <br> v. <br> ADVANCED ENERGY INDUSTRIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-mc-10090 (NG) |

## NOTICE OF APPEARANCE OF STEVEN M. BAUER

Pursuant to L.R. 83.5.2(a), please enter the appearance of Steven M. Bauer as counsel for Plaintiff MKS Instruments Inc. in the above-referenced action.

Respectfully submitted,

Date:  April 9, 2004

/s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
PROSKAUER ROSE LLP
One International Place, 14th floor
Boston, MA 02110
Telephone:  (617) 526-9600
sbauer@proskauer.com

719v1