IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MKS INSTRUMENTS INC. and APPLIED SCIENCE AND TECHNOLOGY, INC.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ADVANCED ENERGY INDUSTRIES, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 04-mc-10090 (NG)<br>)<br>)<br>)<br>)<br>)<br>) |

**MKS INSTRUMENTS, INC.'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to L.R. 7.3, Plaintiff MKS Instruments, Inc. hereby states that it has no parent corporation, and that Emerson Electric Co. owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Date:   April 9, 2004　　　　　　　　　/s/ Steven M. Bauer
　　　　　　　　　　　　　　　　　　　Steven M. Bauer (BBO# 542531)
　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　One International Place, 14th floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Telephone:  (617) 526-9600
　　　　　　　　　　　　　　　　　　　sbauer@proskauer.com


722v1