SCANNED
DATE: 4-13-04
BY: CMG

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MKS INSTRUMENTS INC. and APPLIED SCIENCE AND TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENERGY INDUSTRIES, INC., <br><br> Defendant. | *United States District Court* <br> *For The District of Delaware* <br> *C.A. No. 03-469 (JJF)* <br><br> C.A. No. 04-MC-10090 (NG) |

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas J. Kline of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, Massachusetts 02110, as attorney for Testa, Hurwitz & Thibeault, LLP in the above-captioned case.

Respectfully submitted,
TESTA, HURWITZ & THIBEAULT, LLP

Date: April 9, 2004

_____
Douglas J. Kline (BBO# 556680)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Tel: 617-248-7000
Fax: 617-248-7100

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2004, copies of the foregoing were served upon the following parties in the manner indicated:

### BY FACSIMILE AND OVERNIGHT DELIVERY

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnel
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
FAX: (302) 658-3989

Craig A. Neugeboren, Esq.
Cooley Godward LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
FAX: (720) 566-4099

### BY HAND

Steven M. Bauer, Esq.
Proskauer Rose LLP
One International Place, 14th Floor
Boston, MA 02110
FAX: (617) 526-9899

Timothy C. Blank, Esq.
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
FAX: (617) 426-6567

_____
Jodi D. Luster

3050170