## Stacy, Wayne

| | |
|---|---|
| From: | Myrus, Richard [MYRUS@THT.com] |
| Sent: | Friday, March 19, 2004 12:22 PM |
| To: | 'Stacy, Wayne' |
| Subject: | RE: MKS v. AE |

I will call you to discuss.

-----Original Message-----
From: Stacy, Wayne [mailto:wstacy@cooley.com]
Sent: Friday, March 19, 2004 2:18 PM
To: Myrus, Richard
Subject: RE: MKS v. AE


Rich,

Is TH&T offering to actually produce billing records with the attorney work descriptions fully redacted?

-----Original Message-----
From: Myrus, Richard [mailto:MYRUS@THT.com]
Sent: Friday, March 19, 2004 11:46 AM
To: 'wstacy@cooley.com'
Subject: MKS v. AE


Wayne:

I appreciate your agreement to postpone next week's depositions of TH&T and its three attorneys. As we agreed, I will call you on Monday at 4:00 p.m. (Eastern) to discuss the status of these depositions and possible deposition dates.

In addition, I understand that AE is unwilling to accept TH&T billing records with the attorney work descriptions fully redacted. Please let me know if I am incorrect.

Thanks.

***********************************************************************
This email message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

Testa, Hurwitz & Thibeault, LLP

1

tel:617-248-7000
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

================================================================

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

Testa, Hurwitz & Thibeault, LLP
tel:617-248-7000
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*